12-12-00196-CV

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 10 2013
TYLER TEXAS
CATHY S. LUSK, CLERK

## IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 13-0013

§
§
IN THE INTEREST OF L.O. AND  §
K.O., CHILDREN  §
§
§
§

Angelina County,

12th District.

**April 5, 2013**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**May 31, 2013**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 7th day of June, 2013.

Blake A. Hawthorne, Clerk

By Kathy Sandoval, Deputy Clerk